UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 04, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR BAKER PHILLIPS,<br><br>Defendant. | Case No. 2:20-MJ-00183-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  OSCAR BAKER PHILLIPS , Case No.  2:20-MJ-00183-AC  Charge SUPERVISE RELEASE VIOLATION , from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

          _____   Unsecured Appearance Bond $ _____

          _____   Appearance Bond with 10% Deposit

          _____   Appearance Bond with Surety

          _____   Corporate Surety Bail Bond

       X    (Other): Conditions as stated on the record.

Issued at Sacramento, California on December 04, 2020 at 2:00 pm

By: */s/ Allison Claire*

Magistrate Judge Allison Claire